IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EDWARD E. BLACKORBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13-cv-00908-SRB |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant BNSF Railway Company's Motion for Rule 58(e) Order (Doc. #131). For good cause shown, the motion is GRANTED. Pursuant to Fed. R. Civ. P. 58(e), the motion of Plaintiff Edward Blackorby for Attorney Fees and Litigation Costs (Doc. ##127, 129) shall have the same effect as a timely motion under Fed. R. Civ. P. 50(b) and 59. The deadline for the filing of a notice of appeal from the Court's June 17, 2015, judgment shall therefore run from the entry of an order disposing of the motion for attorneys' fees and costs.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: August 20, 2015