## VERDICT FORM

Complete the following paragraph by writing in the name required by your verdict.

On the claim of Plaintiff Ed Blackorby as submitted in Instruction No. 13, we find in favor of:

__*Plaintiff Ed Blackorby*__

(Plaintiff Ed Blackorby)   or   (Defendant BNSF Railway)

Answer the next question only if the above finding is in favor of Plaintiff Ed Blackorby. If the above finding is in favor of Defendant BNSF Railway, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has it been proved that Defendant BNSF Railway would have taken the same unfavorable personnel action against Plaintiff Ed Blackorby regardless of Plaintiff Ed Blackorby's having notified BNSF of his work-related personal injury as referred in Instruction No. 16.

_____ Yes   __X__ No
(Mark an "X" in the appropriate space)

*[Signature]*
Foreperson
Mary Halton

Dated: 5/19/2021